**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MELISSA THRASHER-LYON, on behalf of herself and a class similarly situated, )<br><br>Plaintiff,<br>vs.<br><br>CCS COMMERCIAL LLC d/b/a CREDIT COLLECTION SERVICES COMMERCIAL,<br><br>Defendants. | )<br>)<br>)<br>) Case No.: **11-C-4473**<br>)<br>) Judge John J. Tharp, Jr.<br>)<br>)<br>)<br>) |

**DEFENDANT'S RESPONSE TO MINUTE ORDER DATED 9/27/12**

Defendant, CCS COMMERCIAL LLC d/b/a CREDIT COLLECTION SERVICES COMMERCIAL ("CCS"), submits the following response to this Court's Minute Order dated September 27, 2012:

1.  Defendant has moved to reconsider this Court's September 4, 2012 Memorandum Opinion and Order (Dkt. 90) which summary judgment in favor of Plaintiff. Dkt. Nos. 89, 91. Alternatively, Defendant has moved this Court for an interlocutory appeal pursuant to 28 U.S.C. § 1292(b). Dkt. No. 90. Plaintiff filed a combined response in opposition to the pending motions on September 21, 2012. Dkt. No. 92.

2.  On September 27, 2012, the Court issued the following Minute Order:

    Both parties are directed to appear on Wednesday, October 10 at 9:30 a.m. for a hearing on CCSs motion to certify the Courts September 4, 2012, summary judgment ruling [90]. The parties should be prepared to address in specific detail why certification would or would not materially advance the ultimate termination of the litigation. In particular, the parties should be prepared to explain what, if any, additional discovery would be required (and why such discovery is, or is not, needed) on class certification and, if a class is certified, on the merits, if the Court were to deny the request for interlocutory appeal.

3. In deciding whether or not to certify an interlocutory appeal, the Court must make the following determinations: "[1] there must be a question of law, and [2] it must be controlling, it [3] must be contestable, and [4] its resolution must promise to speed up the litigation." *Ahrenholz v. Bd. Of Trustees of the Univ. of Ill.,* 219 F.3d 674, 675 (7th Cir. 2000)(emphasis omitted, brackets supplied). This Court's Minute Order focuses on the fourth element.

4. In order to assist this Court's analysis of the issues posed in this Court's Minute Order, Defendant has attached Defendant's Answers and Objections to Plaintiff's First Set of Discovery Requests (Exhibit A) and Plaintiff's Third Set of Discovery Requests which were served on September 25 (Exhibit B). See also, Plaintiff's Motion to Compel Production of Class Database. Dkt. No. 65 (Exhibit C). Plaintiff's Motion to Compel was entered and continues. Dkt. No. 81.

Respectfully submitted,

By:/s/ *James C. Vlahakis*
One of the Attorneys for Defendant CCS COMMERCIAL LLC.

David M. Schultz
James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
dschultz@hinshawlaw.com
jvlahakis@hinshawlaw.com

130446047v1 0925245

## CERTIFICATE OF SERVICE

I hereby certify that on **October 9, 2012**, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ James C. Vlahakis
Hinshaw & Culbertson LLP
Attorney for Defendant
222 North LaSalle, Suite 300
Chicago, IL 60601
tel 312-704-3715

130446047v1 0925245