# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELISSA THRASHER-LYON, on behalf of herself and a class similarly situated, | ) ) ) |
| Plaintiff, | ) Case No.: 11-C-4473 |
| vs. | ) ) Judge Tharp |
| CCS COMMERCIAL LLC d/b/a CREDIT COLLECTION SERVICES COMMERCIAL, | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Melissa Thrasher-Lyon and Defendant CCS Commercial LLC d/b/a Credit Collection Services Commercial, hereby stipulate to the dismissal of: (a) Plaintiff's individual claims with prejudice; and (b) the putative class claims without prejudice.

Dated: June 10, 2013                                                  Respectfully submitted,

| | |
|---|---|
| /s/ Scott R. Rauscher<br>Arthur Loevy<br>Michael Kanovitz<br>Jon Loevy<br>Scott R. Rauscher<br>Anand Swaminathan<br>LOEVY & LOEVY<br>312 N. May St., Ste. 100<br>Chicago, IL 60607<br>*Attorneys for Plaintiff* | /s/ James C. Vlahakis<br>David M. Schultz<br>James C. Vlahakis<br>Hinshaw & Culbertson, LLP<br>222 N. LaSalle, Suite 300<br>Chicago, IL 60601<br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I, Scott R. Rauscher, certify that on June 10, 2013, I caused the foregoing to be served on all counsel of record by ECF.

   /s/ Scott R. Rauscher___